IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Bettsy Bumpas, in her capacity as the Personal Representative of the Estate of J.B., Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> HOC Industries, Inc., Dollar General Corporation, Berry Plastics Corporation, Kerr Group, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. CIV 10-486-RAW ) ) ) ) ) ) |

**PLAINTIFF'S TRIAL WITNESS LIST PURSUANT TO RULE 26(a)(3)**

COMES NOW the Plaintiff by and through her attorneys of record, Carr & Carr, and offers the following witnesses for use at trial pursuant to Federal Rule of Civil Procedure 26(a)(3):

**I.   WILL CALL WITNESSES**

| WITNESS | PROPOSED TESTIMONY |
|---|---|
| Dr. Richard Back<br>Northwest Arkansas Psychological Group<br>1706 Joyce, Ste. 3<br>Fayetteville, AR 72703 | Expert will provide opinions about psychological harm to parents and family from J.B.'s death |
| Harold Befort<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK 73102 | Current employee of Defendant HOC. Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel. Deposed. |

1

| | |
|---|---|
| Rhonda Brookshire<br>c/o Gary Farabough<br>P.O. Box 1687<br>Ardmore, OK  73402 | She is a corporate representative of Defendant Dollar General. She will testify about its financial condition, sales of torch fuel, efforts to keep torch fuel out of reach of children, monthly activity guide, storage and stacking of torch fuel bottles, determination of where to stack torch fuel, understanding of consumer expectation of whether torch fuel meets child-resistant standards, knowledge of additional risks to children of coloring and odorizing torch fuel, its agreement or disagreement with various policies, knowledge of additional risks to children of coloring torch fuel so it does not look like juice, odorizing torch fuel so it smells bad to children, feasibility of coloring torch fuel to not look like juice, feasibility of odorizing torch fuel so it smells bad, discussions about using non-see-through packaging for torch fuel, feasibility of packaging torch fuel so it cannot be seen by children, the method of storing torch fuel, its use of the six-wheeled cart or U boat, method of storing torch fuel, knowledge of individuals who ingested torch fuel, whether certain warnings should have been given.   She will also testify to her personal belief about retailers of deadly chemicals selling them in packages that are unnecessarily attractive to children or look like apple juice, the risk to children of selling torch fuel in such containers, and changing the bottle so that it was non-transparent. |
| Bettsy Bumpas<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Family testimony about JB, occurrence at scene, and damages to self and family. Deposed. |
| Eric Bumpas<br>1016 North B Street<br>Duncan, OK  73533 | Family testimony about JB, occurrence at scene, observations about torch fuel and damages to family.  Deposed. |
| Gregory "Chris" Bumpas<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Family testimony about JB, occurrence at scene, and damages to self and family. Deposed. |

| | |
|---|---|
| William "Bill" C. Fields<br>United States Department of the Interior<br>National Park Service<br>1849 C Street NW<br>Washington D.C.  20240 | Scene investigation, pain and suffering of JB and family, chain of custody and authentication of The Product |
| Jordan Foland<br>325 Kokomo Avenue<br>Darby, KS | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel.  Deposed. |
| Karen Giovenco<br>c/o Gary Farabough<br>P.O. Box 1687<br>Ardmore, OK  73402 | Employee of Dollar General.  Will testify about Defendant's decision to purchase torch fuel from HOC, whether it was feasible to package the torch fuel so that it could not be seen by children, discussions with HOC regarding the product and it being packaged in opaque packages, the additional risks to children of torch fuel colored and odorized like the product, the policies of Dollar General about reviewing packages that create an unreasonable risk to children, the advantages and disadvantages of odorizing torch fuel so that it smells bad to children or coloring it so that it does not look like juice, the storage and stacking of bottles of torch fuel, the placement of torch fuel in their stores, efforts to keep torch fuel out of the reach of children, consumer expectations about whether the cap should meet child-resistant standards,  its contractual rights regarding its arrangement with HOC, purchase of torch fuel from HOC, sale of torch fuel throughout the United States from its stores, number of stores operated by Dollar General. |
| Dessiree Green<br>Rt. 2, Box 318<br>Duncan, OK  73533 | Family testimony about JB, scene prior to occurrence, and damages to family |

3

| | |
|---|---|
| Kent Hobbs<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel.  Deposed. |
| Michael Hula<br>300 8th Street<br>Sedgwick, KS | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel.  Deposed. |
| Dr. Steven Marcus<br>Department of Preventive Medicine & Community Health<br>Medical Science Building<br>Room F506<br>185 South Orange Avenue<br>Newark, NJ  07101 | Expert will provide opinions about the dangerousness of torch fuel looking like apple juice; previous exposures, injuries and deaths to torch fuel and lamp oil, contact with packagers of torch fuel, contact with Defendant HOC, the medical care J.B. received before and after he ingested torch fuel, the effect of the torch fuel on J.B., post mortem evaluation of J.B. and the cause of his death, the classification of petroleum distillates as a dangerous substance and the reasons why, the bad design decisions concerning the product, the reasons why the product was attractive to children and J.B. and why the use of the product involves danger to them, his efforts to reduce the dangers of torch fuel, HOC's lack of concern for the public's welfare, his suggestions for changing the product so that it is safer, causation, lack of care on the part of HOC, reckless disregard of HOC for welfare of children and others. |
| Michael Menzies<br>911 Division Street<br>Dawns, KS  67437 | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel.  Deposed. |
| John Meredith<br>6544 Longmont Street<br>Park City, KS | Driver/dock worker of HOC.  Will testify about stacking and storage conditions of the torch fuel.  Deposed. |

| | |
|---|---|
| Gary V. Montgomery<br>2601 Pinto<br>Cocoa, FL  32926 | Expert will provide opinions that cap was defective. |
| Tom Olsen<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel.  Deposed. |
| Jason Pope<br>Hayes, KS | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel.  Deposed. |
| Donald Poschen<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel, testing of the package and its caps and bottles, product spec sheet, seals for the cap and bottle, his notes regarding the testing and other things, his knowledge of how the caps work.  Mr. Poschen has resisted completing his deposition and Plaintiff requests leave to supplement this description of this testimony when the deposition is completed. |
| Amber Rains<br>Blackwell, OK | Mother of child victim.  Will testify about dangers of torch fuel. |
| Jacob Rains<br>Blackwell, OK | Father of child victim.  Will testify about dangers of torch fuel. |

| | |
|---|---|
| Clayton Robinson<br>Precise Packaging Services<br>Building 2<br>5866 Schultz Road<br>Elberfeld, IN  47613 | Expert will provide opinions about the defectiveness of the package and cap; chain of custody of the product, compatibility of the package,  cap and fuel, testing for compatibility and child effectiveness, application of the federal regulations to the packaging of torch fuel, negligence of the Defendants, defects in the package and its cap, the likelihood of J.B. opening a functioning and non-functioning CRC on the package, effect of heat, sun and pressure on the package and cap, causation. |
| David Schwebel<br>Department of Psychology<br>University of Alabama<br>1300 University Blvd.<br>Birmingham, AL  35294 | Expert will provide opinions about the attractiveness of the product to children, including JB, capabilities of children of various ages, alternative designs that would be less appealing to children, negligence of the Defendants, defects in the product and package, causation, reasons why the product was attractive to children, reasons why the product was defective, why the product was not fit to be sold and used around children, other packaging that was available which would not have been as attractive to J.B. as the product, the recklessness of Defendants, the misrepresentations Defendants made, the negligence of Defendants, causation, the ability of 23 month old children to remove a functioning and non-functioning CRC from a 64 oz bottle of torch fuel, causation. |
| Randy Scoggins<br>United States Department of the Interior<br>National Park Service<br>1849 C Street NW<br>Washington D.C.  20240 | Scene investigation of park rangers, chain of custody of the product, interviews with witnesses in investigation.  Deposed. |
| Tharen Spahr<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel.  Deposed. |

| | |
|---|---|
| Riley Spears or other Dollar General Representative<br>c/o Gary Farabough<br>P.O. Box 2100<br>Ardmore, OK  73402 | Will testify about handling and storage of product at Dollar General's Distribution Center.  Deposed. |
| Lashonda Thomas<br>434 North 6th Street<br>Lomer, LA  71040 | Mother of child victim.  Will testify about dangers of torch fuel. |
| Sue Thompson<br>National Park Service<br>1849 C Street NW<br>Washington D.C. 20210 | Park Ranger.  Will testify about chain of custody of bottle and storage conditions at National Park Service. |
| Amanda Vickers<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Mother of child victim.  Will testify about dangers of torch fuel. |
| Bill Vickers<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Father of child victim.  Will testify about dangers of torch fuel. |
| Bonnie Jolene Wells<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Mother of child victim.  Will testify about dangers of torch fuel. |
| Cory Christohper Wells<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Father of child victim.  Will testify about dangers of torch fuel. |
| Bryan Yeardon<br>c/o HOC Industries, Inc.<br>Curtis L. Smith<br>Chubbuck Smith & Duncan<br>Robinson Renaissance, Ste 820<br>119 N. Robinson<br>Oklahoma City, OK  73102 | Vice president of business development for HOC Industries, Inc as designated on initial disclosures.  Will testify about testing of fuel and cap, production practices, quality control, financial considerations regarding torch fuel, financial condition of HOC, communication to management and employees, knowledge of danger of torch fuel, other incidents, storage practices, customer relations.  Deposed. |
| Corporate Representative of each Defendant | Defendant's practices; financial condition |
| Custodians of records as needed | Authentication of medical records, poison control publications, Park Ranger investigation, scene photos, bottle and cap photos, and other documents listed in Plaintiff's Exhibit List. |

## II.    MAY CALL WITNESSES

| WITNESS | PROPOSED TESTIMONY |
|---|---|
| Dr. Alan Aycock<br>Aycock & Snell, PLLC<br>5402 Southwest Lee Boulevard<br>Lawton, OK  73505 | Medical testimony about JB |
| Ruth Balzer<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel. |
| Alonzo Bell<br>Address Unknown | Production worker of HOC |
| Nicholas Biggs<br>Address Unknown | Dock employee of HOC |
| Sheli Blessant<br>1016 North Coolidge Avenue<br>Wichita, KS | Inventory control/logistics of HOC |
| James Bowman<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel. |
| John Branum<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Chain of custody of The Product if necessary |
| Robert Bronson<br>Address Unknown | Production lead of HOC |
| Bradley Brown<br>Address Unknown | Production lead of HOC |
| Robert Buckingham<br>Address Unknown | Forklift driver of HOC |
| Pat Carr<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Chain of custody of The Product if necessary. |

| | |
|---|---|
| Dr. Chai S. Choi<br>Oklahoma Medical Examiner<br>901 North Stonewall<br>Oklahoma City, OK  73117 | Medical examiner concerning JB |
| Frankie Chrisman<br>409 West 15th Street<br>Concordia, KS | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel. |
| Stanley Circle<br>1011 Sage Street<br>Silver Lake, KS | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel. |
| Aaron Cline<br>Address Unknown | Production worker of HOC |
| Kathy Cline<br>Address Unknown | Administrative assistant of HOC |
| Luke Cocking<br>Address Unknown | Production worker of HOC |
| Nicholas Cocking<br>Address Unknown | Production worker of HOC |
| Jim Cole<br>Address unknown | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel. |
| Janice Crabtree<br>4327 Rushwood Circle<br>Bel Aire, KS | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices and other areas related to the manufacturing of torch fuel. |
| Byron Curtis<br>Oklahoma Medical Examiner<br>901 North Stonewall<br>Oklahoma City, OK  73117 | Medical examiner concerning JB |
| Christopher Desoto<br>Address Unknown | Production worker of HOC |
| Steve Devereaux<br>Address Unknown | Forklift driver of HOC |

| | |
|---|---|
| Lori Dixon<br>c/o Drew Downing<br>100 West 5th Street, Suite 400<br>P.O. Box 2100<br>Tulsa, OK  74121 | Child-resistant testing protocol Deposed. |
| Hope Francis<br>Address Unknown | Employee of Rexam |
| Cole Gillenwater<br>Address unknown | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel. |
| Kirby Green<br>Rt. 2, Box 318<br>Duncan, OK  73533 | Family testimony about JB, scene prior to occurrence, and damages to family |
| Anthony Groves<br>Address Unknown | Production worker of HOC |
| Robert Henry<br>Address Unknown | Maintenance man of HOC |
| Steve Jacobson<br>c/o Gary Farabough<br>P.O. Box 1687<br>Ardmore, OK  73402 | Employee of Dollar General.  Will testify about Defendant's decision to purchase torch fuel from HOC. |
| John Jacobus<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Defendant HOC's expert in chemistry.  Will testify about his background as an expert witness, the chemical composition of cap and torch fuel, susceptibility of package to pressure, heat, cold and sunlight; temperature in the bed of a pickup, compatibility of torch fuel with caps, temperatures of pick up truck beds, storage of bottle and cap, testing of the cap and fuel, condition of the cap, the absorption of torch fuel components by the plastic in the cap, .  Deposed. |
| Leroy Johnson<br>Oklahoma Medical Examiner<br>901 North Stonewall<br>Oklahoma City, OK  73117 | Medical examiner concerning JB |
| Russell Kessler<br>Address Unknown | Logistics manager of HOC |
| Louis Krug<br>Address Unknown | Park Ranger photographer |

10

| | |
|---|---|
| Tony Laster<br>c/o Carr & Carr<br>4416 South Harvard<br>Tulsa, OK  74135 | Closures of exemplar products and custody of them; chain of custody of The Product; authentication of photographs and documents |
| Dr. Teresa Lynn<br>Arbuckle Memorial Hospital<br>2011 West Broadway<br>Sulphur, OK  73086 | Medical provider; Pain and suffering of JB and family |
| Daniel Mahoney<br>Address Unknown | Production worker of HOC |
| Lee McGoodwin<br>Oklahoma Poison Control Center<br>940 NE 13th Street<br>Room 3N3510<br>Oklahoma City, OK  73104 | Authenticate recordings of calls to and from Oklahoma Poison Control |
| Selena McGriff<br>c/o Gary Farabough<br>P.O. Box 1687<br>Ardmore, OK  73402 | Employee of Dollar General.  Will testify about Defendant's decision to purchase torch fuel from HOC. |
| Leo Mendoza<br>Address Unknown | Production worker of HOC |
| Steven Mullins<br>Address Unknown | Medical examiner concerning JB |
| William Nath<br>c/o Curtis Smith<br>119 North Robinson, Suite 820<br>Oklahoma City, OK  73102 | Former employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel.  Deposed. |
| Bryn Nesley<br>324 North Zachary Drive<br>Derby, KS | Office staff of HOC |
| Christopher Newell<br>Address Unknown | Production supervisor of HOC |
| Debra Patton<br>Address Unknown | Accounts payable clerk of HOC |
| Victor Polley<br>Address Unknown | Production worker of HOC |
| Teresa Ranney<br>Address Unknown | Administrative assistant of HOC |

| | |
|---|---|
| Susan Rider<br>113 West Willow<br>Duncan, OK | Family testimony about JB, damages to family |
| Bruce Robinson<br>Address Unknown | Driver/dock worker of HOC |
| Karis Schroeder<br>Address Unknown | Part time office worker of HOC |
| Thomas Short<br>Address Unknown | Production worker of HOC |
| Tina Smith<br>Address Unknown | Production worker of HOC |
| Dr. Stephen W. Snell, III<br>5402 Southwest Lee Boulevard<br>Lawton, OK  73505 | Medical testimony about JB |
| Danny Standley<br>219 North Lincoln Street<br>Smith Center, KS | Current employee of Defendant HOC.  Will testify about production of torch fuel, quality control measures, quality control problems, communication from management, storage practices, financial matters of HOC, financial aspects of torch fuel production, customer relations, other similar incidents, chemistry and other areas relating to manufacturing of torch fuel. |
| Calvin Stephenson<br>4967 South Meadowview<br>Wichita, KS | Logistics manager of HOC |
| Jessie Terronez<br>Address Unknown | Production line of HOC |

| | |
|---|---|
| John Vassallo<br>106 Ridgefield Way<br>Lititz, PN | Will testify about child-resistant closures, his examination of the package and cap, the fact the cap did not freewheel when he examined it, the probable cause of the cap not freewheeling, the seals used on the package and similar packages, testing of CRC closures, the design and dimensions of the closure, communications between Berry and HOC, Berry's warnings to HOC to test the cap for compatibility with the fuel, the manufacturing of the cap, the reaction of the polypropylene with torch fuel, the cause of the cap swelling, adsorption of the fuel and is vapors, the purpose of CRC and the prevention of injuries and deaths of children, the likelihood of a 23 month old child removing a functioning CRC from the package, the effect of torque on the package and the CRC, the need to test the cap for compatibility with torch fuel, HOC's responsibilities to test under the Poison Prevention Packaging Act, effect of heat on the CRC. |
| Lorena Vasquez<br>Address Unknown | Accounts receivable clerk of HOC |
| David Waughtal<br>Address Unknown | Maintenance man of HOC |
| Dennis Weiland<br>United States Department of the Interior<br>National Park Service<br>1849 C Street NW<br>Washington D.C. 20240 | Scene Investigation of park rangers. |
| Gary White<br>Address Unknown | Driver/dock worker of HOC |
| Pansy Workman<br>c/o Dollar General Corporation<br>Gary W. Farabough<br>P.O. Box 1687<br>Ardmore, Oklahoma 73402 | Dollar General district manager who will testify about store procedures as designated on initial disclosures |
| Chad Zellmer<br>426 East Irma Street<br>Maize, KS | Driver/dock worker of HOC |

| | |
|---|---|
| Unknown mother who lost child as identified in Bryan Yourdon's depo page 215 line 1-11<br>Address unknown | |

Respectfully submitted,

**CARR & CARR, ATTORNEYS**


By:_____/s/ Patrick E. Carr_____
       Patrick E. Carr, OBA #1506
       Tye H. Smith, OBA #44595
       A. Laurie Koller, OBA #16857
       John L. Branum, OBA #20165
       4416 South Harvard
       Tulsa, OK  74135
       (918) 747-1000
       (918) 747-7284 Fax
       Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Gary W. Farabough
Ted Pasley
Warren E. Mouledoux III
P.O. Box 1687
Ardmore, Oklahoma 73402
Attorneys for Defendant
Dollar General Stores

Curtis L. Smith
Stacey S. Chubbuck
Chubbuck Smith & Duncan, P.C.
Robinson Renaissance, Suite 820
119 N. Robinson
Oklahoma City, OK  73102
Attorney for Defendant
HOC Industries

By:      /s/ Patrick E. Carr
         PATRICK E. CARR