IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Gary Snow, in his capacity as the Personal Representative of the Estate of J.B., Deceased,<br><br>    Plaintiff<br><br>vs.<br><br>HOC Industries, Inc., Dollar General Corporation, Berry Plastics Corporation Kerr Group, LLC<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV 10-486-RAW<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT STIPULATION OF
PARTIAL DISMISSAL WITH PREJUDICE

  COME NOW Plaintiff, Gary Snow is his capacity as the Personal Representative of the Estate of J.B., and Defendant, Dollar General Corporation and through their respective undersigned counsel, and hereby stipulate and agree that all claims between the aforementioned parties in the above-captioned and numbered case be dismissed in their entirety <u>with</u> prejudice and with each party to bear its own attorney's fees and costs.

  **This dismissal does not impact and/or alter any claims between Plaintiff and the remaining Defendant, HOC Industries, Inc.**

             __/s/ Patrick Carr_____
             (Signed by Defendant's Attorney with permission of Plaintiff's Attorney)
             PATRICK E. CARR, OBA #1506
             TYE H. SMITH, OBA #44595
             A. LAURIE KOLLER, OBA #16857

        JOHN BRANUM, OBA#20265
        Attorneys for Plaintiff
        CARR & CARR
        4416 South Harvard
        Tulsa, OK 74135
        (918) 747-100
        (918) 747-7284 Fax
        PCarr@carrcarr.com

        *Attorneys for Plaintiff*


        _____/s/ Richard E. Harrison_____
        RICHARD E. HARRISON
        OBA #016386
        Attorney for Defendant Dollar General Corporation
        HARRISON & HULL, L.L.P
        1575 HERITAGE DR., SUITE 204
        MCKINNEY, TEXAS  75069
        (214) 585-0094
        (214) 585-0097 Fax
        RHarrison@hlaw.us

        *Attorney for Defendant*
        *Dollar General Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF filing and transmittal of a notice of Electronic Filing to the following ECF registrants (names only are sufficient):

A. Laurie Koller
Andrew Downing
Ann E. Allison
Brian Brandes
Denise Dickerson
Gary W. Farabough
Jeffrey A. Curran
John L. Branum
Jonathan M. Menuez
Leslie Lynch
Michael E. Carr
Patrick E. Carr
Richard E. Harrison
Ted J. Pasley
Tye H. Smith
Warren E. Mouledouz, III

                                                      /s/ Richard Harrison