IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Gary Snow, in his capacity as the Personal Representative of the Estate of J.B., Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> HOC Industries, Inc., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV 10-486-JHP <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Gary Snow in his capacity as the Personal Representative of the Estate of J.B., and Defendant HOC Industries, Inc. and through their respective undersigned counsel, and hereby stipulate and agree that all claims between the aforementioned parties in the above-captioned and numbered case be dismissed in the entirety with prejudice and with each party to bear its own attorney's fees and costs.

Respectfully submitted,

　　/s/ Patrick E. Carr　　
　　Patrick E. Carr, OBA #1506
　　Tye H. Smith, OBA #14595
　　A. Laurie Koller, OBA #16857
　　John L. Branum, OBA #20165
　　4416 South Harvard
　　Tulsa, OK  74135
　　(918) 747-1000
　　(918) 747-7284 Fax
　　Attorneys for Plaintiffs

        ____/s/_____
        Jeffrey Curran, OBA #12255
        Leslie Lynch, OBA #15124
        Gable & Gotwals
        One Leadership Square, 15th Floor
        211 North Robinson
        Oklahoma City, OK  73102
        Attorney for Defendant
        HOC Industries

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of March, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Jeffrey Curran
Ms. Leslie Lynch
Gable & Gotwals
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK  73102
Attorney for Defendant
HOC Industries

        By: ____/s/ Patrick E. Carr_____
           PATRICK E. CARR